# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00049-CV

**End Op, L.P. and Lost Pines Groundwater
Conservation District, Appellants**

**v.**

**Andrew Meyer, Bette Brown, Darwyn Hanna, and
Environmental Stewardship, Appellees**

## FROM THE DISTRICT COURT OF BASTROP COUNTY, 21ST JUDICIAL DISTRICT
NO. 29,696, HONORABLE CARSON TALMADGE CAMPBELL, JUDGE PRESIDING

## C O N C U R R I N G   O P I N I O N

I join in the Court's judgment because the Lost Pines Groundwater Conservation

District's order denying appellees party status (i.e., the standing determination) should be affirmed

under the governing standard of review.

_____
Bob Pemberton, Justice

Before Chief Justice Rose, Justices Pemberton and Field

Filed:  August 29, 2018